

  

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TRUSTEES OF THE<br>UNITE HERE NATIONAL HEALTH FUND and<br>TRUSTEES OF THE<br>LAUNDRY, DRY CLEANING WORKERS AND ALLIED<br>INDUSTRIES RETIREMENT FUND, UNITE HERE!,<br>Plaintiffs,<br><br>against<br><br>FDR SERVICES CORP. OF VIRGINIA, INC.<br>A/K/A TARTAN TEXTILE SERVICES,<br>Defendant. | NO. _____ |

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the <u>Trustees of the UNITE HERE National Health Fund and Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE!</u> certify that neither the UNITE HERE National Health Fund nor the Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! has any corporate parents, subsidiaries or affiliates.

SEP 13 2007
U.S.D.C. S.D.N.Y.
CASHIERS

_____
Date    Sept 12 2007

_____
Mark Schwartz, Esq. – MS 0148
Attorney for Plaintiffs
730 Broadway, 10th Floor
New York, New York 10003
(212) 539-5275