**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND and TRUSTEES OF THE LAUNDRY,
DRY CLEANING WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND, UNITE HERE!,

            Plaintiffs,                      Case No. 07 CIV 8031
                                              (Judge Crotty)

            -against-                    AFFIDAVIT OF SERVICE

FDR SERVICES CORP. OF VIRGINIA, INC.
a/k/a TARTAN TEXTILE SERVICES,

            Defendant.
-------------------------------------------------------------X
STATE OF VIRGINIA     )
                 S.S.:
COUNTY OF HENRICO   )

    _James A. Justis_ , being duly sworn, deposes and says that he/she is over the

age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

           That on the _27TH_ day of _September_ 2007, at approximately the time of _11:30 am_,

deponent served a true copy of the SUMMONS IN A CIVIL CASE AND COMPLAINT upon FDR

SERVICES CORP. OF VIRGINIA, INC. a/k/a TARTAN TEXTILE SERVICES c/o Corporation Service

Company at 11 S. 12th Street, Richmond, VA, by personally delivering and leaving the same with

_Rene Nordquist_ who informed deponent that _she_ holds the position of _individual/agent authorized to receive process_ with that

company and is authorized by appointment to receive service at that address.

    _Rene Nordquist_ is a _female_ , approximately _45_ years of age, stands

approximately _5_ feet _5_ inches tall, weighs approximately _160_ pounds with _brown_ hair.

_[signature]_
PROCESS SERVER

Sworn to before me this
_29_ day of October, 2007

_[signature]_
NOTARY PUBLIC

My commission _exp 5/31/08_

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

_[Notary seal: SHERI P. COGLE, NOTARY PUBLIC, MY COMMISSION NUMBER 146897, COMMONWEALTH OF VIRGINIA]_