UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
TRUSTEES OF THE UNITE HERE :
NATIONAL HEALTH FUND, and TRUSTEES :
OF THE LAUNDRY, DRY CLEANING :
WORKERS AND ALLIED INDUSTRIES :
RETIREMENT FUND, UNITE HERE!, :
:
               Plaintiffs, :    07 CV 8031 PAC
:
    - against - :    **AFFIDAVIT OF SERVICE**
:
FDR SERVICES CORP. OF VIRGINIA, INC. :
a/k/a TARTAN TEXTILE SERVICES, :
:
               Defendant.
-------------------------------------------------------- X

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

      Miriam Sampson, being duly sworn, deposes:

      I am not a party to this action, am over the age of eighteen and reside in the State of New York.

      On March 4, 2008, I served the within ANSWER upon:

        Mark Schwartz, Esq.
        Amalgamated Life Insurance Co. Inc.
        730 Broadway
        New York, NY 10038

by sending a true copy thereof by electronic means via the courts computer system to the e-mail address designated by Mark Schwartz, Esq, the attorney for plaintiffs mschwartz@amalgamatedlife.com.

                                                               _____
                                                                Miriam Sampson

Sworn to before me this
4th day of March, 2008

_____
Notary Public

                          MICHAEL J. POSPIS
                  NOTARY PUBLIC, State of New York
                          No. 02PO6109188
                    Qualified in New York County
              Commission Expires April 26, 2008

676416v1   099999.0001