UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
TRUSTEES OF THE UNITE HERE              :
NATIONAL HEALTH FUND, and TRUSTEES      :
OF THE LAUNDRY, DRY CLEANING            :
WORKERS AND ALLIED INDUSTRIES           :
RETIREMENT FUND, UNITE HERE!,           :
                                        :
           Plaintiffs,            :     07 CV 8031 (PAC)
                                        :
   - against -                         :     **Rule 7.1 Statement**
                                        :
FDR SERVICES CORP. OF VIRGINIA, INC.    :
a/k/a TARTAN TEXTILE SERVICES,          :
                                        :
           Defendant.             :
-------------------------------------------------------------- X

       Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for FDR Services Corp. of Virginia, Inc. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** March 4, 2008

                                                  Signature of Attorney

                                                  **Attorney Bar Code:** DW-1986