AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

Trustees of the UNITE HERE National Health
Fund and Trustees of the Laundry, Dry Cleaning
Works and Allied Industries Retirement Fund,
UNITE HERE!,

      Plaintiffs,
  v.

FDR Services Corp. of Virginia, Inc.
a/k/a Tartan Textile Services,

      Defendant.

**APPEARANCE**

Case Number: 07 CIV 8031

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 6, 2008 | *[signature: Kimberly Klein]* |
| Date | Signature |
| | Kimberly Klein    KK6312 |
| | Print Name    Bar Number |
| | Moses & Singer LLP   405 Lexington Avenue |
| | Address |
| | New York,   NY   10174 |
| | City   State   Zip Code |
| | 212.554.7853    917.206.4353 |
| | Phone Number    Fax Number |