UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Trustees of the Unite Here National Health Fund,

       Plaintiff,

-against-

FDR Services Corp. of Virginia, Inc. also known as Tartan Textile Services,

       Defendant,
------------------------------------------------------X


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 11 2008

07 Civ. 8031 (PAC)(RLE)
**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____
_____

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**X** Settlement: _45 DAYS_
_____
_____

____ Social Security

____ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

____ Inquest After Default/Damages Hearing

==========================================================================
* Do not check if already referred for general pretrial

SO ORDERED

_____
Paul A. Crotty
United States District Judge

DATED: New York, New York
          March 11, 2008