# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

David A. Wolf
Direct: (212) 554.7663   Fax: (212) 377.6063
dwolf@mosessinger.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 8 2008
```

April 2, 2008

**Application GRANTED. The conference is adjourned to 5/14/08 at 3:30pm in Courtroom 20-C.**

**SO ORDERED:** 4/8/08

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

BY U.S. MAIL

Honorable Paul A. Crotty
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, NY 10007

**MEMO ENDORSED**

Re: *Trustees of the Unite Here National Health Fund, et. al.*
    *v. FDR Services Corp. of Virginia, Inc.*,
    07 Civ. 8031       (PAC)

Dear Judge Crotty:

We are writing to request an adjournment of the Pretrial Conference scheduled for Tuesday, April 29, 2008 at 3:30 p.m. in Courtroom 20-C. On March 11, 2008 the Court referred this case to Magistrate Judge Ronald Ellis to conduct a settlement conference. Magistrate Judge Ellis subsequently scheduled a settlement conference to be held May 1, 2008. A copy of Magistrate Judge Ellis' Settlement Conference Order is enclosed. In order to avoid the needless involvement of this Court prior to the Settlement Conference, we respectfully request that the April 29, 2008 Pretrial Conference be adjourned until after the Settlement Conference.

We make this request with the consent of opposing counsel. In accordance with the Your Honor's Individual Practice Rules, we propose rescheduling the Pretrial Conference for any of the following dates: May 5, 2008 (afternoon only); May 9, 2008 (any time after 11:00 a.m.); May 13, 2008 (afternoon only); May 14, 2008 (afternoon only); or May 16, 2008 (afternoon only).

Thank you for your attention to this matter.

Respectfully submitted,

David A. Wolf

cc: Kimberly Klein
    David Sapp

682405v1 009705.0100

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEE OF THE UNITE HERE NAT'L.
HEALTH FUND, et al.,

                Plaintiffs,

     - against -

FDR SERVICES CORP. OF VIRGINIA. INC,

                Defendant.

**SETTLEMENT CONFERENCE ORDER**
07 Civ. 8031 (PAC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    This action has been referred to Magistrate Judge Ronald L. Ellis for SETTLEMENT.

    **A CONFERENCE WILL BE HELD IN THIS CASE BY THE JUDGE ON MAY 1, 2008, AT 3:00 P.M. IN COURTROOM 18D, 500 PEARL STREET.** All counsel must be present. Plaintiff's counsel is responsible for confirming with each defendant's counsel that all necessary participants are aware of this conference.

    Unless excused by the Court, each party, together with counsel, must appear in person for the conference. If a party is not prepared to go forward with settlement discussions, written notice to the Court is required prior to the conference.

    No request for adjournment will be considered unless made at least **THREE BUSINESS DAYS** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Michael Brantley, 212-805-0242.

*[signature]*
The Honorable Ronald L. Ellis
United States Magistrate Judge

SO ORDERED
March 14, 2008