USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND, et al.,

                    Plaintiffs,

          - against -

FDR SERVICES CORP. OF VIRGINIA, INC.,

                    Defendant.

**ORDER**

07 Civ. 8031 (PAC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The above case, previously scheduled for a settlement conference on Thursday, May 1, 2008, at 3:00 P.M., is adjourned to Thursday, May 15, 2008, at 11:00 A.M. If this date and time is inconvenient, please contact Michael Brantley, at 212-805-0242, to reschedule.

**SO ORDERED this 16th day of April 2008**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge