# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

David A. Wolf
Direct: (212) 554.7663   Fax: (212) 377.6063
dwolf@mosessinger.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 9 2008
```

April 24, 2008

Application GRANTED. The conference is adjourned to 6/11/08 at 2:30pm in Courtroom 20C.

SO ORDERED: 4/29/08

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

BY U.S. MAIL

Honorable Paul A. Crotty
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, NY 10007

Re:  *Trustees of the Unite Here National Health Fund, et. al.*
     *v. FDR Services Corp. of Virginia, Inc.*,
     07 Civ. 8031 ~~~~(PAC)

**MEMO ENDORSED**

Dear Honorable Judge Crotty:

The parties are writing to request a second adjournment of the conference scheduled for May 14, 2008 in the above-referenced matter.

On March 11, 2008, you directed the parties to appear before Magistrate Judge Ellis for a settlement conference. Magistrate Judge Ellis originally scheduled the settlement conference for May 1, 2008, and recently rescheduled it for May 15, 2008. A copy of Magistrate Judge Ellis' order adjourning the settlement conference is enclosed. The parties respectfully request that the May 14, 2008 conference be adjourned until after the settlement conference.

In accordance with the Your Honor's Individual Practice Rules, the parties are available on the following dates: May 30, 2008 (afternoon only); June 10, 2008 (afternoon only); or June 11, 2008 (afternoon only). Please let us know if these dates are not good, and we will provide the Court with additional dates.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ David A. Wolf
David A. Wolf

cc:   Kimberly Klein
      David Sapp

687473v1  009705.0108