# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

David A. Wolf
Direct: (212) 554.7663   Fax: (212) 377.6063
dwolf@mosessinger.com

June 3, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 9 2008
```

BY U.S. MAIL

Honorable Paul A. Crotty
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, NY 10007

  Re: *Trustees of the Unite Here National Health Fund, et. al.*
    *v. FDR Services Corp. of Virginia, Inc.*,
    07 Civ. 8031 (PAC)

Dear Honorable Judge Crotty:

  As a result of prolonged settlement discussions with Magistrate Judge Ellis, the parties are writing to request a third adjournment of the conference, currently scheduled for June 11, 2008 in the above-referenced matter.

  The parties met with Magistrate Judge Ellis on May 15, 2008. The Magistrate scheduled a second settlement conference to be conducted on June 27, 2008. The parties respectfully request that the June 11, 2008 conference be adjourned until after the settlement conference.

  We have conferred with Plaintiffs' counsel, and, in accordance with the Your Honor's Individual Practice Rules, the parties are available on the following dates: July 9, 2008 (afternoon only); July 11, 2008; July 15, 2008 (afternoon only); and July 16, 2008 (afternoon only). Please let us know if these dates are not good, and we will provide the Court with additional dates.

  Thank you for your attention to this matter.

Respectfully submitted,

David A. Wolf

cc: Kimberly Klein
  David Sapp

695577v1  009705.0108

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 7/16/08 at 3:30 pm in Courtroom 20-C

SO ORDERED: JUN 0 9 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE