```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND, et al.,

                      Plaintiffs,

        - against -

FDR SERVICES CORP. OF VIRGINIA,

                      Defendant.

ORDER

07 Civ. 8031 (PAC) (RLE)

**RONALD L. ELLIS**, United States Magistrate Judge:

       The above case, previously scheduled for a settlement conference on Friday, June 27, 2008, at 11:00 a.m., is adjourned to Thursday, July 31, 2008, at 11:00 a.m., in Courtroom 18D. If this date and time is inconvenient, please contact Michael Brantley at 212-805-0242 to reschedule.

SO ORDERED this 24th day of June 2008
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge