# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

David A. Wolf
Direct: (212) 554.7665  Fax: (212) 577.6063
dwolf@mosessinger.com

July 11, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 4 2008
```

BY FACSIMILE

Honorable Paul A. Crotty
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, NY 10007

**MEMO ENDORSED**

Re: *Trustees of the Unite Here National Health Fund, et. al.
v. FDR Services Corp. of Virginia, Inc.,*
07 Civ. 8031 (PAC)

Dear Honorable Judge Crotty:

We are writing to request a fourth adjournment of the conference, currently scheduled for July 16, 2008, in the captioned matter. This request is on consent from Plaintiff's counsel. The parties have already participated in one settlement conference and another settlement conference before Magistrate Judge Ellis is scheduled for July 31, 2008. The parties respectfully request that the July 16, 2008 conference be adjourned until after the settlement conference.

We have conferred with Plaintiffs' counsel, and, in accordance with the Your Honor's Individual Practice Rules, the parties are available on the following dates: August 19, 2008 (afternoon only); August 22, 2008; and August 27, 2008 (afternoon only). Please let us know if these dates are not good, and we will provide the Court with additional dates.

Thank you for your attention to this matter.

Respectfully submitted,

David A. Wolf

cc: Kimberly Klein, Esq.
David Sapp, Esq.

Application GRANTED. The conference is adjourned to
8/27/08 at 3:00 pm in Courtroom 11-C

SO ORDERED: JUL 1 4 2008

/s/ Paul Crotty

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

703287v1 009705.0108