UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Trustees of the Unite Here National Health Fund, et al.,

                    Plaintiffs,

    -against-

FDR Services Corp. of Virginia, Inc., *also known as Tartan Textile Services*,

                    Defendant.
------------------------------------------------------------X

07 Civ. 8031 (PAC) (RLE)
ORDER OF DISCOTINUANCE

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is,

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof. The Court will sign a Stipulation of Settlement upon receipt from either party. In light of the settlement, the conference scheduled for Wednesday, August 27, 2008 at 3:00 PM has been taken off the calendar. The Clerk of Court is directed to close this case.

Dated: New York, New York
       August 20, 2008

SO ORDERED

*Paul Crotty*
PAUL A. CROTTY
United States District Judge

1